IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

RONNIE WILLIAMS,

    Petitioner,

v.

ROBERT TOOLE, Warden

    Respondent.

CASE NO. CV414-088

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 16), to which an objection has been filed (Doc. 18). After a careful de novo review of the record, the Court finds Petitioner's objections to be without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, the Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED** and all remaining pending motions (Doc. 7; Doc. 11; Doc. 13) are **DISMISSED AS MOOT**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 7th day of October 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA